UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 16-28807 |
| Francis Almonte | Chapter: | 7 |
| Nancy V Almonte | Judge: | JKS |

## NOTICE OF PROPOSED ABANDONMENT

_____ Nancy Isaacson _____, ___ Chapter 7 Trustee ___ in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:   Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable ___ John K Sherwood ___ on ___ May 30, 2017 ___ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3D__ . (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:   510 6th Avenue
Lyndhurst, NJ 07071
Value: $252,000.00
Wyndham Vacations
6277 Sea Harbor Drive
~~Value: $5,000~~

Liens on property:           Central Loan Admin & R
$241,224.00

Amount of equity claimed as exempt:  $15,776.00

Objections must be served on, and requests for additional information directed to:

Name:      Nancy Isaacson

Address:    75 Livingston Avenue, Suite 301, Roseland, NJ  07068-3701

Telephone No.: (973) 535-1600

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-28807-JKS
Francis Almonte                                                          Chapter 7
Nancy V Almonte
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2          Date Rcvd: May 01, 2017
                             Form ID: pdf905       Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2017.
db/jdb      #+Francis Almonte,  Nancy V Almonte,   510  6th Avenue,   Lyndhurst, NJ 07071-1115
cr          +M&T Bank,   475 Crosspoint Pkwy.,   Getzville, NY 14068-1609
516425359   +Ambulatory Center,  Sklar Law LLC,   1200 Laurel Oak Road, Suite 102,
             Voorhees, NJ 08043-4317
516425360   +Andrew Sklar Esq,  Sklar Law LLC,   1200 Laurel Oak Road,  Suite 102,
             Voorhees, NJ 08043-4317
516425361   +Asset Max Group,   20408 Jamaica Avenue,   Hollis, NY 11423-3003
516425362   +Bio Reference Laboratories,  GenPath,   481 Edward H Ross Drive,   Elmwood Park, NJ 07407-3118
516425379   ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
             (address filed with court:  Home Depot Credit Services,   PO Box 182676,   Columbus, OH 43218)
516425365   +Chase Auto Services,   PO Box 15278,   Wilmington, DE 19850-5278
516425366   +Chase Autp Services,   Correspondence Dept,   Po Box 15278,   Wilmington, DE 19850-5278
516425367   +Chase Card Services,   Attn: Correspondence Dept,   Po Box 15298,   Wilmingotn, DE 19850-5298
516425368   +Citibank/Best Buy,   Centralized Bankruptcy/CitiCorp Credit S,   Po Box 790040,
             St Louis, MO 63179-0040
516425369   +Citibank/The Home Depot,   Citicorp Cr Srvs/Centralized Bankruptcy,   Po Box 790040,
             S Louis, MO 63179-0040
516425370    Comenity Bank/nwyrk&co,   Po Box 18215,   Columbus, OH 43218
516425372   +Englewood Hospital,   350 Engle Street,   Englewood, NJ 07631-1898
516425373   +Englewood Hospital,   MD Partners of EHMC,   350 Engle Street,   Englewood, NJ 07631-1808
516425374   +Englewood Pathologists,   Advanced Collections Inc,   PO Box 6031,   Clifton, NJ 07015-6031
516425376   +Gentle Dental,   531 Ridge Road,   Lyndhurst, NJ 07071-2739
516425377   +Hackensack University Medical Center,   PO Box 48027,   Newark, NJ 07101-4827
516425378   +Holy Name Hospital,   718 Teaneck Road,   Teaneck, NJ 07666-4281
516425384   +NHCAC,   800  31st Street,   Union City, NJ 07087-2428
516425388   +Tdrcs/raymour & Flanig,   1000 Macarthur Blvd,   Mahwah, NJ 07430-2035
516425390   +Vrad Palisades Medical Center,   Asset Maximization Group Inc,   PO Box 190191,
             South Richmond Hill, NY 11419-0191


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov May 01 2017 22:58:55      U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 01 2017 22:58:53      United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
cr          +E-mail/PDF: gecsedi@recoverycorp.com May 01 2017 22:51:59      Synchrony Bank,
             c/o Recovery Mmgt. Sys.,   25 SE 2nd Ave., Ste. 1120,   Miami, FL 33131-1605
516425363   +E-mail/Text: kzoepfel@credit-control.com May 01 2017 22:58:56      Central Loan Admin & R,
             425 Phillips Blvd,   Ewing, NJ 08618-1430
516425364   +E-mail/Text: bankruptcy@certifiedcollection.com May 01 2017 22:58:44
             Certified Credit & Collection Bureau,   PO Box 1750,   Whitehouse Station, NJ 08889-1750
516425371   +E-mail/Text: mrdiscen@discover.com May 01 2017 22:58:15      Discover Financial,   Po Box 3025,
             New Albany, OH 43054-3025
516425375   +E-mail/PDF: gecsedi@recoverycorp.com May 01 2017 22:52:50      Gap/Synchrony Bank,
             Po Box 965064,   Orlando, FL 32896-5064
516425380   +E-mail/Text: bnckohlsnotices@becket-lee.com May 01 2017 22:58:22      Kohls/Capital One,
             Po Box 3120,   Milwaukee, WI 53201-3120
516425381    E-mail/Text: camanagement@mtb.com May 01 2017 22:58:42      M & T Bank,   Attn: Bankruptcy,
             1100 Wehrle Dr  2nd Floor,   Williamsville, NY 14221
516425382   +E-mail/PDF: pa_dc_claims@navient.com May 01 2017 22:52:08      Navient,   Attn: Claims Dept,
             Po Box 9500,   Wilkes-Barr, PA 18773-9500
516425385   +E-mail/Text: bankruptcy@savit.com May 01 2017 22:59:53      Savit Collections,   PO Box 250,
             East Brunswick, NJ 08816-0250
516425386   +E-mail/PDF: gecsedi@recoverycorp.com May 01 2017 22:51:58      Syncb/toysrusdc,
             Attn: Bankrupty,   Po Box 103104,   Roswell, GA 30076-9104
516427537    E-mail/PDF: gecsedi@recoverycorp.com May 01 2017 22:52:51      Synchrony Bank,
             c/o of Recovery Management Systems Corp,   25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
516425387   +E-mail/PDF: gecsedi@recoverycorp.com May 01 2017 22:52:50      Synchrony Bank/Lowes,
             Po Box 965064,   Orlando, FL 32896-5064
516425389   +E-mail/PDF: gecsedi@recoverycorp.com May 01 2017 22:51:59      Toys R Us/Syncb,
             Attn: Bankrupty,   Po Box 103104,   Roswell, GA 30076-9104
                                                                              TOTAL: 15


        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516425383*   +Navient,  Attn: Claims Dept,   Po Box 9500,   Wilkes- Barr, PA 18773-9500
                                                                    TOTALS: 0, * 1, ## 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-2          User: admin           Page 2 of 2           Date Rcvd: May 01, 2017
                              Form ID: pdf905        Total Noticed: 37
```

                    ***** BYPASSED RECIPIENTS (continued) *****

```
Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2017                                   Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 1, 2017 at the address(es) listed below:
          Denise E. Carlon   on behalf of Creditor   JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Nancy Isaacson   nisaacson@greenbaumlaw.com,  admin@remote7solutions.com;J101@ecfcbis.com
          Nicholas Fitzgerald   on behalf of Debtor Francis  Almonte nickfitz.law@gmail.com
          Nicholas Fitzgerald   on behalf of Joint Debtor Nancy V Almonte nickfitz.law@gmail.com
                                                                          TOTAL: 4
```