Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  16–28807–JKS
Chapter:  7
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Francis Almonte                          Nancy V Almonte
aka Francis Taveras                       510 6th Avenue
510 6th Avenue                           Lyndhurst, NJ 07071
Lyndhurst, NJ 07071

Social Security No.:
xxx–xx–5127                              xxx–xx–5980

Employer's Tax I.D. No.:

---

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Nancy Isaacson is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: June 5, 2017                      John K. Sherwood
                                         Judge, United States Bankruptcy Court